IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br>Plaintiff, </br></br>vs. </br></br>MARLIN SANTANA THOMAS, </br></br>Defendant. | Case No.: 25-CR-58 </br></br></br></br></br></br>DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION AND EXHIBIT A UNDER SEAL |

Defendant, pursuant to Local Rule 5(c), requests leave to file his Motion for Determination of Whether to Disqualify FDO representation and Exhibit A under seal due to the confidential information contained.

>FEDERAL DEFENDER'S OFFICE
>222 Third Avenue SE, Suite 290
>Cedar Rapids, IA   52401-1509
>TELEPHONE: (319) 363-9540
>TELEFAX: (319) 363-9542
>
>BY: /s/ Christopher J. Nathan
>CHRISTOPHER J. NATHAN
>christopher_nathan@fd.org
>ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on October 30, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By:   /s/ Melissa Dullea

1