IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 25-CR-58 |
| Plaintiff, ) | |
| ) | |
| vs. ) | <u>UNRESISTED</u> |
| ) | MOTION TO TOLL ALL |
| MARLIN SANTANA THOMAS, ) | PRETRIAL MOTIONS DEADLINES |
| ) | |
| Defendant. ) | |

---

Comes now, counsel for Defendant Marlin Santana Thomas, and respectfully moves to toll all pretrial motions deadlines, and in support states as follows:

1. Mr. Thomas was indicted on July 9, 2025, in an eight-count indictment. The Indictment alleges violations of 18 U.S.C. §§ 1591(a)(1), 1591(b)(1), and 2422(a). He had an arraignment on July 24, 2025, and pleaded not guilty. Mr. Thomas is currently detained pending trial.

2. Mr. Thomas's current deadline for filing pretrial motions is October 30, 2025. Docket No. 37. The defense understands that the Court's Order at Docket No. 37 states that "No future extensions of time will be granted unless there is a showing of exceptional circumstances." Id. The undersigned has filed a Motion for Determination of Whether to Disqualify FDO representation at Docket No. 63. The undersigned believes that the pretrial deadlines should be tolled pending the Court's ruling on that Motion. That this is an exceptional circumstance.

3. The current deadline to file replies to the Government's resistances to Defendant's motions to dismiss is November 3, 2025. Docket No. 55. The undersigned believes that the

1

deadline to file replies should be tolled pending the Court's ruling on the Motion filed at Docket No. 63.

4. This case has been deemed unusual and complex pursuant to 18 U.S.C. §§ 3006A(d)(3) and 3161(h)(7)(B)(ii) and as such the undersigned believes that if Court determines the FDO is disqualified, that future counsel time should be able to determine for themselves whether to file pretrial motions.

5. Assistant United States Attorney Emily Nydle has indicated the government does not resist this motion.

6. The pretrial motions deadline has previously been extended once.

WHEREFORE, for the foregoing reasons, Defendant Marlin Thomas, through counsel, moves to continue toll all pretrial motions deadlines, including the deadline to file replies to the Government's resistances to Defendant's motions to dismiss, as requested herein.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA   52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/   Christopher J. Nathan
CHRISTOPHER J. NATHAN
christopher_nathan@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on October 30, 2025, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.

By:  /s/ Melissa Dullea